UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDRIE ZENAIDA PORTO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security,<br><br>　　　　　Defendant. | Case No. CV 12-9336 JC<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: March 25, 2013

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE