UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDRIE ZENAIDA PORTO, | ) | Case No. CV 12-9336 JC |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) ) | |
| Defendant. | ) ) | |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: March 25, 2013

                                                          /s/

                                        Honorable Jacqueline Chooljian
                                        UNITED STATES MAGISTRATE JUDGE